IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CERTAIN INFORMATION CONCERNING A CELLULAR TELEPHONE | Case No. 3:18mj007<br><br>**Filed Under Seal** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 JAN -9 PM 2: 23
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AT&T, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until July 7, 2018.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days except that AT&T may disclose the attached warrant to an attorney for AT&T for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

1-9-18
Date

United States Magistrate Judge